UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10cr1886-MMA |
| Plaintiff, | ) ) ) | ORDER OF CRIMINAL FORFEITURE |
| v. | ) ) | |
| ANGLO AMERICAN AVIATION, INC. | ) ) | |
| Defendant. | ) ) | |

WHEREAS, in the Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific proceeds of the above-named Defendant, ANGLO AMERICAN AVIATION, INC. ("Defendant"), pursuant to Title 18, United States Code, Section 982(a)(6)(A)(ii)(I), as property obtained directly or indirectly as the result of the commission of the violations charged in the Information; and

WHEREAS, on or about May 20, 2010, the Defendant pled guilty to Counts 1 through 3 of the Information before Magistrate Judge Anthony J. Battaglia, which plea included a consent to the criminal forfeiture allegation pursuant to Title 18 of the Information and an agreement to entry of a $250,000.00 judgment against Defendant in favor of the United States; and

WHEREAS, on or about May 27, 2010, the plea of the Defendant was accepted by the U.S. District Court; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty plea, the Court determined that **$250,000.00** (U.S. dollars) represents the proceeds the

Defendant obtained directly or indirectly as a result of the violation of Title 18, United States Code, Section 1546(a), as charged in the Information; and

WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now entitled to an Order of Forfeiture and a judgment in its favor against the Defendant in the amount of **$250,000.00**, pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;" and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the **$250,000.00** money judgment and the offense; and

WHEREAS, on or about May 25, 2010, defendant ANGLO AMERICAN AVIATION remitted a cashier's check, Citibank check number 311457011, in the amount of $250,000.00 payable to the United States Customs and Border Protection ("CBP"); and

WHEREAS, on or about June 10, 2010, the CBP deposited Citibank cashier's check 311457011 in the amount of $250,000.00, CBP receipt number 566479832; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through its attorney of record, to review, and no objections having been received.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant ANGLO AMERICAN AVIATION, INC., shall forfeit to the United States the sum of **$250,000.00** pursuant to Title 18, United States Code, Section 982(a)(6)(A)(ii)(I), which amount is hereby forfeited to the United States; and

2. Judgment shall be entered in favor of the United State against Defendant, in the amount of $250,000.00; and

3. The money judgment ordered to be paid by Defendant has been satisfied in its entirety; and

//

//

//

4. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

IT IS SO ORDERED.

DATED: June 17, 2010

*[signature]*

Hon. Michael M. Anello
United States District Judge